# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | Cr. No. C-05-257(1) |
| | § | C.A. No. C-08-248 |
| | § | |
| JOSE ORTIZ, | § | |
|     Defendant. | § | |

## FINAL JUDGMENT OF DISMISSAL WITHOUT PREJUDICE

The Court enters final judgment dismissing without prejudice defendant Jose Ortiz's letter motion, which was docketed as a motion pursuant to 28 U.S.C. § 2255.

It is so ORDERED this 8th day of August, 2008.

_____
Janis Graham Jack
United States District Judge